Court of Criminal Appeals

81,359

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

Steve Bottles, Realtor

This document contains some pages that are of poor quality at the time of imaging.

The Honorable Robert C. Cheshire

Presiding Judge of the 24th Judicial District
Court of Victoria County, Texas

Respondant

## Petition for Writ of Mandamus

— Comes now Steve Bottles, Realtor, an inmate Incarcerated In Texas Department of Criminal Justice, East Ham Unit located in Lovelady Texas and files this Petition for Writ of Mandamus, and in Support of Said Petition would Show the Court the following:

### I

On the 11th day of February, 2011, an indictment or case Against Realtor was presented in 24th Judicial District Court of Victoria County, Texas, the case Number being 11-2-25,699-A-1 Said Cause being set on docket of the 24th Judicial District Court for arraignment and/or Trial.

### II

On the 11th day of May, 2012, Realtor was charged with the felony offenses) Burglary with attempt to commit injury, Bodily Injury to An Elderly Person.

## III

On the 12th day of March, 2015, Realtor filed a _____ Subpoena For Production of Documentary Evidence. 20th day of November 2014 - Motion Request The Release of Orginaly 911 Recording. 22nd, January, 2015 Motion to Request Evidentary Hearing. 3rd Dec. 2014 - Evidentary Hearing. of which is annexed hereto and made Part hereof. To date, Respondent has failed ot refused to rule on said motion and Cause is still Pending in the aforementioned Court.

There is No adequate Remedy at law to redress his alleged harm and loss of time in filing his. Writ of Habeas Relief as an exhibit with merits to Establish Materiality Of Such Said Grounds claimed in Writ.

## IV

Realtor Seeks To compel a ministerial act, not involving a discretionary or Judicial decision. See Ex. Rel. Young V Sixth Judicial District Court of Appeals At Texarkana, 236 S.W. 207, 210 < Texas Criminal Appeals 2007 > < original Proceeding >. Realtor did Establish The Trail court (1) has a legal duty to rule on the motion: (2) by filing his motion did ask Court to Rule on the motion: (3) and does Show by Time Tolling the Trail Court failed to do so. In Re. Keeter 134 S.W. 3d 708 : 710 < Texas App. - Amarillo 2035 > District Clerk has also failed to respond. An adequate Copy is Attached.

## V

Realtor Complains of Respondent and for Cause of Action alleges that the excessive delay occasioned by the

The Court's failure or Refusal to Grant his <u>SubPoena For Production Of Documentary Evidence - Namely the original "911" Call.</u>

is irreparably impairing and Prejudicing his ability to Present a Reasonable defense to the Charge or Charges against him in that defense witnesses are becoming unavailable to him, and such witnesses who Remain are liable to have forgotten material facts that are crucial to the defense in the heretofore describe cause.

## II

Realtor is entitled to, relief he seeks from Respondent under the Fourth, Fifth, Eighth and Fourteenth Amendments to The Constitution of the United States, Article 1, Section 10, 19, and 29 of The Constitution of The State of Texas and Article 1.05 of the Texas Code of Criminal Procedure.

Wherefore Premises Considered, Realtor Prays the Court Grant and Issue a Writ of Mandamus to Respondent, directing and Commanding him to immediately <u>Comply with motion and Turn said "911 call - original CD' over To The Court of Criminal Appeals For inspection and review as an exhibit to Aide in the writ of Relief of a Brady Violation; Abuse of discretion claim.</u>

Respectfully Submitted,

Steve Battles

Realtor

EX PARTE

STEVE Battles

§
§
§

21th District
Court Victoria County

Cause # 11-2-25-1699-A-2

Subpoena For Production of Documentary Evidence.

Now Comes Petitioner Steve Battles Pro-se Request the Production of a "911" call to inspect and or copy of designated documents or Tangible Things in the Possession, custody or control of The State.

Petitioner will show the following:

The material Evidence is relevant in aid of Relief to Resolve unsolved issue claims on a Writ of Application for Habeaus Corpus of Relief.

Where fore Premises Considered, Petitioner Prays That the Honorable Judge of Said Court issue an order for a Subpoena. Petitioner Prays for General Relief.

EXECUTED 12th day of March 2015

Respectfully Submitted.

Steve Battles # 1834447